IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,               No. CIV S-04-2559 LKK KJM P

    vs.

CSP SOLANO, et al.,

    Defendants.          ORDER

_____/

        Plaintiff has filed three discovery requests. Plaintiff is informed that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court based on the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 10, 2006 "Motion to Request Interrogatories;" March 10, 2006 "Motion for Request for Admissions" and March 14, 2006 "Motion for Request for Production of Documents" be placed in the court's file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as

/////

/////

1

1 | required by rule of court, may result in an order of sanctions, including, but not limited to, a
2 | recommendation that this action be dismissed.
3 | DATED: May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10 | 1/mp
will2559.411(2)