IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

      Plaintiff,                    No. CIV S-04-2559 LKK KJM P

   vs.

CSP SOLANO, et al.,

      Defendants.         ORDER

_____/

      Plaintiff has requested an extension of time to file and serve a reply to defendant's opposition to plaintiff's May 26, 2006 motion for default judgment. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 19, 2006 request for an extension of time is granted; and

      2. Plaintiff shall file and serve a reply to defendant's opposition to plaintiff's May 26, 2006 motion for default judgment on or before July 15, 2006.

DATED: June 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
will2559.36