IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,                    No. CIV S-04-2559 LKK KJM P

    vs.

CSP-SOLANO, et al.,

    Defendants.          <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 4, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 4, 2006, are adopted in full;

2. Defendant Rohrer's January 12, 2006 motion to dismiss is granted with respect to plaintiff's claim arising from events that occurred on September 22, 2004; and

3. Defendant Rohrer's January 12, 2006 motion to dismiss is denied with respect to plaintiff's claim arising from events that occurred on December 12, 2003.

DATED: September 26, 2006.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT