1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DAVID RAY WILLIAMS,

11              Plaintiff,                 No. CIV S-04-2559 LKK KJM P

12         vs.

13    CSP-SOLANO, et al.,

14              Defendants.                <u>ORDER</u>

15    _____/

16         Plaintiff is a California prisoner proceeding pro se with an action for violation of

17    civil rights under 28 U.S.C. § 1983.  Three matters are before the court.

18         First, plaintiff has filed several requests for discovery.   Plaintiff is informed that

19    discovery requests between the parties shall not be filed with the court unless, and until, they are

20    at issue.  All of the discovery requests and responses filed by plaintiff will be disregarded.

21         Plaintiff has filed a motion asking that defendant Solomon be held in default

22    because he has not answered or otherwise pled.  The record shows that defendant Solomon

23    appeared in this action on April 20, 2006, a little over a month before plaintiff brought his

24    motion.  Plaintiff's motion will be denied.

25    /////

26    /////

1

1    Finally, plaintiff asks that the court respond to plaintiff's interrogatories and

2  requests for production of documents directed at defendant Parker because Parker is now

3  deceased.  This is not a proper request.  It will be denied.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.  The following items filed by plaintiff shall be placed in the court's file and

6  disregarded: July 13, 2006 responses to defendants' discovery requests; August 1, 2006 "Motion

7  To Request Interrogatories;" August 1, 2006 "Motion For Request For Production Of

8  Documents;" August 1, 2006 "Motion For Request For Admissions By The Defendants;"

9  September 11, 2006 "Motion For Request For Admissions From Defendant Solomon;" and

10  September 11, 2006 "Motion For Request For Admissions From Defendant Rohrer."  Plaintiff is

11  cautioned that further filing of discovery requests or responses, except as required by rule of

12  court, may result in an order of sanctions, including, but not limited to, a recommendation that

13  this action be dismissed.

14    2.  Plaintiff's May 26, 2006 request that defendant Solomon be held in default is

15  denied.

16    3.  Plaintiff's September 11, 2006 "Motion Requesting That The Court Review

17  The Deceased Dr. Robert Parker; Medical Records . . ." is denied.

18  DATED:  October 4, 2006.

19

20  _____

UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25  1/mp
will2559.411(4)

26