IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,　　　　　　　　　No. CIV S-04-2559 LKK KJM P

  vs.

CSP-SOLANO, et al.,

    Defendant.　　　　　　　　　ORDER

_____/

      In accordance with the March 30, 2007 order issued by the district judge assigned to this case, IT IS HEREBY ORDERED that defendant Rohrer file his answer within twenty days.

DATED: April 16, 2007.

　　　　　　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1
will2559.ans