IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,                     No. CIV S-04-2559 LKK KJM P

    vs.

CSP-SOLANO, et al.,

    Defendants.             ORDER

/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On October 11, 2006, plaintiff filed a request that the court appoint a medical expert. However, plaintiff has not shown need for appointment of a medical expert at this stage in the case. Accordingly, IT IS HEREBY ORDERED that plaintiff's October 11, 2006 motion for the appointment of a medical expert is denied.

DATED: October 9, 2007.

                                                        U.S. MAGISTRATE JUDGE

1
will2559.exp