IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

      Plaintiff,                    No. CIV S-04-2559 LKK KJM P

   vs.

CSP-SOLANO, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff asks that the court extend the pretrial motion filing deadline. However, plaintiff fails to indicate why, or what sort of motion he would like to file. This request will be denied. Plaintiff also asks that this matter be stayed because plainitff currently has no access to his legal material or legal research material. The court notes that plaintiff's pretrial statement is due on January 11, 2008. While the court will not stay this action, the court will grant plaintiff until February 1, 2008 to file his pretrial statement. Defendant Roher's pretrial statement shall be filed within fifteen days after service of plaintiff's pretrial statement.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 15, 2007 request for an extension of the pretrial motion filing deadline is denied.

2. Plaintiff's December 7, 2007 request for a stay is denied.

3. Plaintiff's pretrial statement is due by February 1, 2008. Defendant Roher's pretrial statement shall be filed and served within fifteen days of service of plaintiff's pretrial statement.

DATED: January 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will2559.pts