IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

        Plaintiff,          No. CIV S-04-2559 LKK KJM P

    vs.

CSP-SOLANO, et al.,

        Defendants.        ORDER

                              /

        Plaintiff asks that the court vacate the current date scheduled for trial.  Good cause appearing, plaintiff's request will be granted and the court will establish a new trial date in the court's forthcoming pretrial order.  Plaintiff also asks that the court consolidate this action with two other actions.  However, plaintiff fails to identify the cases with which he believes this case should be consolidated.  This request will be denied.

/////

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 14, 2008 request that the court vacate the date established for trial is granted. The court will establish a new date for trial in the court's pretrial order.

2. Plaintiff's January 14, 2008 request for consolidation is denied.

DATED: January 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will2559.36