IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

      Plaintiff,                         No. CIV S-04-2559 LKK KJM P

    vs.

CSP-SOLANO, et al.,                  ORDER AND

      Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        By order filed January 11, 2008, this court directed plaintiff to file a pretrial statement on or before February 1, 2008. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 11-110.

        In accordance with the above, IT IS HEREBY ORDERED that defendant Roher is relieved from filing a pretrial statement; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

1 objections with the court and serve a copy on all parties.  Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
3 shall be served and filed within ten days after service of the objections.  The parties are advised
4 that failure to file objections within the specified time may waive the right to appeal the District
5 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 8, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will2559.fpt

2